IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Washington, Debra R

Printed: 10/7/08

Case Number: 05 B 12471
Judge: Squires, John H
Filed: 4/4/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: October 2, 2008
Confirmed: August 31, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 17,640.00 | |
| Secured: | | 12,801.88 |
| Unsecured: | | 568.48 |
| Priority: | | 0.00 |
| Administrative: | | 3,305.20 |
| Trustee Fee: | | 964.44 |
| Other Funds: | | 0.00 |
| Totals: | 17,640.00 | 17,640.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,305.20 | 3,305.20 |
| 2. | Resurgent Capital Services | Secured | 0.00 | 0.00 |
| 3. | Chase Manhattan | Secured | 0.00 | 0.00 |
| 4. | Gateway | Secured | 543.22 | 543.22 |
| 5. | Chase Manhattan | Secured | 12,258.66 | 12,258.66 |
| 6. | Resurgent Capital Services | Secured | 0.00 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 208.00 | 568.48 |
| 8. | Credit Protection Association | Unsecured | | No Claim Filed |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 10. | Department Of Child Support Services | Unsecured | | No Claim Filed |
| 11. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 16,315.08 | $ 16,675.56 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 375.10 |
| 5% | 73.50 |
| 4.8% | 141.12 |
| 5.4% | 205.84 |
| 6.5% | 168.88 |
| | _____ |
| | $ 964.44 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Washington, Debra R

Printed:  10/7/08

Case Number:  05 B 12471
Judge:  Squires, John H
Filed:  4/4/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

